THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUSHAWN WILLIAMS, Appellant. [610 NYS2d 924] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Kasler, J.—Burglary, 2nd Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX BERRIOS, JR., Appellant. [610 NYS2d 925] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Monroe County Court, Egan, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REBECCA HOLLAND, Appellant. [610 NYS2d 925] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Criminal Possession Forged Instrument, 3rd Degree.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.